| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 16-11966-AMC

RONALD GOLDBERG
CAROLE ANNE GOLDBERG
239 TOWYN COURT
LOWER GWYNEDD  PA    19002-2039

Petition Filed Date: 03/23/2016
341 Hearing Date: 05/20/2016
Confirmation Date: 08/31/2016

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2019 | $1,654.00 | 6805601291 | 02/26/2019 | $1,654.00 | 6805601302 | 03/26/2019 | $1,654.00 | 6805601321 |
| 04/24/2019 | $1,654.00 | 6805601339 | 05/21/2019 | $1,654.00 | 6805601356 | 06/25/2019 | $1,654.00 | 6805601371 |
| 07/23/2019 | $1,654.00 | 6805601390 | 08/27/2019 | $1,654.00 | 6805601411 | 10/01/2019 | $1,654.00 | 6805601422 |
| 10/23/2019 | $1,654.00 | 6805601437 | 11/26/2019 | $1,654.00 | 6805601447 | 01/07/2020 | $1,654.00 | 6805601479 |
| 02/05/2020 | $1,654.00 | 6805601497 | 02/25/2020 | $1,654.00 | 6805601505 | 03/03/2020 | $3,308.00 | 6805602011 |
| 04/06/2020 | $1,654.00 | 6805601520 | 05/07/2020 | $1,654.00 | 6805601525 | 06/11/2020 | $1,654.00 | 6805601539 |
| 07/07/2020 | $1,654.00 | 6805601557 | 08/10/2020 | $1,654.00 | 6805601572 | | | |

**Total Receipts for the Period: $34,734.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $86,008.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | AMERICAN EXP CENTURION BANK »» 001 | Unsecured Creditors | $14,112.01 | $12,889.16 | $1,222.85 |
| 7 | BANK OF AMERICA NA »» 007 | Unsecured Creditors | $20,166.34 | $18,418.87 | $1,747.47 |
| 10 | JP MORGAN CHASE BANK NA »» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | DEPARTMENT STORE NATIONAL BANK »» 009 | Unsecured Creditors | $1,345.99 | $1,229.37 | $116.62 |
| 5 | ECAST SETTLEMENT CORPORATION »» 005 | Unsecured Creditors | $17,999.77 | $16,440.04 | $1,559.73 |
| 4 | UNITED STATES TREASURY (IRS) »» 04P | Priority Crediors | $4,298.36 | $4,298.36 | $0.00 |
| 4 | UNITED STATES TREASURY (IRS) »» 04U | Unsecured Creditors | $78.05 | $65.42 | $12.63 |
| 6 | PNC BANK »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | WELLS FARGO BANK NA »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | WELLS FARGO BANK NEVADA NA »» 008 | Unsecured Creditors | $6,228.73 | $5,688.98 | $539.75 |
| 2 | WELLS FARGO BANK NA »» 002 | Unsecured Creditors | $19,840.66 | $18,121.40 | $1,719.26 |

**Chapter 13 Case No. 16-11966-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $86,008.00 | Current Monthly Payment: | $1,654.00 |
| Paid to Claims: | $77,151.60 | Arrearages: | $0.00 |
| Paid to Trustee: | $7,361.97 | Total Plan Base: | $99,240.00 |
| Funds on Hand: | $1,494.43 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.