United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-11966-amc |
| Ronald Goldberg | Chapter 13 |
| Carole Anne Goldberg | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 09, 2021 | Form ID: 138NEW | Total Noticed: 26 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Ronald Goldberg, Carole Anne Goldberg, 239 Towyn Court, Lower Gwynedd, PA 19002-2039 |
| 13717764 | | AMERICAN EXPRESS CENTURION BANK, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 13695812 | + | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 13695813 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 982238, El Passo, TX 79998-2238 |
| 13767713 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14410154 | + | JP Morgan Chase, National Association, c/o Kevin S. Frankel, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14409866 | | JPMorgan Chase Bank, National Association, c/o Kevin S. Frankel, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 13739504 | + | WELLS FARGO BANK, N.A., MAC F8235-02F, PO BOX 10438, DES MOINES, IA 50306-0438 |
| 13695820 | + | Wells Fargo, PO Box 94435, Albuquerque, NM 87199-4435 |
| 13695821 | + | Wells Fargo Bank, PO Box 31557, Billings, MT 59107-1557 |
| 13747271 | + | Wells Fargo Bank, N.A., Home Equity Group, 1 Home Campus, X2303-01A, Des Moines, IA 50328-0001 |
| 13695822 | + | Wells Fargo Card Service, Credit Dispute Resp Office, Box 14517, Des Moine, IA 50306-3517 |
| 13773286 | + | Wells Fargo Card Services, 1 Home Campus 3rd Floor, Des Moines, IA 50328-0001 |
| 13758965 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 10 2021 02:12:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 10 2021 02:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 10 2021 02:12:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13695816 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 10 2021 01:51:59 | Citicards CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 13695815 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 10 2021 01:53:20 | Citicards CBNA, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 13695817 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 10 2021 01:50:22 | DSNB/Bloomingdales, PO Box 8218, Mason, OH 45040 |
| 13776468 | | Email/Text: bnc-quantum@quantum3group.com | Mar 10 2021 02:12:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13695818 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 10 2021 02:12:00 | Internal Revenue Service, Attn: Special Procedures, P.O. Box 12051, Philadelphia, PA |

Case 16-11966-amc    Doc 36    Filed 03/11/21    Entered 03/12/21 03:26:40    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 09, 2021 | Form ID: 138NEW | Total Noticed: 26 |

| | | | |
|---|---|---|---|
| | | | 19105 |
| 13695814 | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 10 2021 01:50:14 | Chase, P.O. Box 78420, Phoenix, AZ 85062-8420 |
| 13797421 | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 10 2021 01:53:12 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 13761448 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 10 2021 02:12:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 13695819 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 10 2021 02:12:00 | PNC Bank NA, PO Box 3180, Pittsburgh, PA 15230-3180 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Wells Fargo Bank,N.A., Home Equity Group, 1 Home Campus, X2303-01A, Des Moines, IA 50328-0001 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALBERT J. SCARAFONE, JR. | on behalf of Joint Debtor Carole Anne Goldberg scarafone@comcast.net ascarafone@gmail.com;r39418@notify.bestcase.com |
| ALBERT J. SCARAFONE, JR. | on behalf of Debtor Ronald Goldberg scarafone@comcast.net ascarafone@gmail.com;r39418@notify.bestcase.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor JP Morgan Chase  National Association Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| KEVIN S. FRANKEL | on behalf of Creditor JP Morgan Chase  National Association pa-bk@logs.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS I. PULEO | on behalf of Creditor JP Morgan Chase  National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Ronald Goldberg and Carole Anne Goldberg

       Debtor(s)                  Bankruptcy No: 16−11966−amc

                                                    Chapter: 13

_____

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                          900 Market Street
                              Suite 400
                         Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                           For The Court
                                                             Timothy B. McGrath
                                                                 Clerk of Court

Dated: 3/9/21

                                                                                              35 − 34
                                                                                        Form 138_new